David M. Ring, State Bar No. 151124
Neil K. Gehlawat, State Bar No. 289388
Peter A. Reagan, State Bar No. 327596
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Email: ring@taylorring.com; gehlawat@taylorring.com

Alison P. Saros, State Bar No. 185021
**SAROS LAW, APC**
360 N. Pacific Coast Hwy., Suite 1000
El Segundo, CA 90245
Telephone: (310) 341-3466
Email: alison@saroslaw.com

*Attorneys for Plaintiffs Mychelle Blandin and minor B.W.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHELLE BLANDIN, individually and as successor-in-interest to Mark Winek and Sharon Winek, deceased; B.W., a minor, by and through their guardian *ad litem*, Mychelle Blandin, individually and as successor-in-interest to Brooke Winek, deceased,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WASHINGTON COUNTY SHERIFF'S OFFICE, a public entity; ESTATE OF AUSTIN LEE EDWARDS, an estate; and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES**<br><br>　1.　Fourth Amendment (42 U.S.C. § 1983)<br>　2.　Battery (Wrongful Death and Survival Action)<br>　3.　Violation of the Bane Act (Cal. Civil Code § 52.1)<br>　4.　Negligent Hiring, Supervision, or Retention (Wrongful Death and Survival Action)<br><br>**DEMAND FOR JURY TRIAL** |

///

///

1

Plaintiffs Mychelle Blandin and B.W., for their Complaint against Defendants Washington County Sheriff's Office, the Estate of Austin Lee Edwards, and Does 1-20, inclusive, allege as follows:

## **INTRODUCTION**

1. On November 25, 2022, Austin Lee Edwards – a 28-year-old Washington County Sheriff's deputy – kidnapped 15-year-old R.W. after murdering her mother and grandparents and setting fire to their home in Riverside, California.  Edwards gained entry to the home by identifying himself as a law enforcement officer, displaying his law enforcement badge and service weapon, and falsely claiming that he was conducting a law enforcement investigation.

2. After committing these murders, Edwards fled the scene in his vehicle with R.W. before becoming surrounded by deputies from the San Bernardino County Sheriff's Department.  Edwards killed himself in a shootout with the deputies.

3. Edwards should have never been hired by the Washington County Sheriff's Office in the first place.  The Sheriff's Office failed to conduct any investigation into his background before hiring him.  If they did, they would have learned that in 2016 he was detained for a psychiatric evaluation in connection with cutting himself and threatening to kill his father.  As a result, Edwards was held on a temporary detention order and admitted to a treatment facility, which prevented him (under Virginia law) from buying or possessing a firearm until that right was restored by a court.

4. Edwards' right to buy or possess a firearm was <u>never</u> restored by a court. Despite this, the Washington County Sheriff's Office shockingly hired him as a deputy and provided him with a service firearm.

5. Plaintiffs now seek redress under state and federal law for the Washington County Sheriff's Office's many failures in hiring Edwards, and for the heinous murders he committed on November 25, 2022.  Accordingly, this case is in the public interest.

///

## JURISDICTION AND VENUE

6. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3)-(4) because Plaintiffs assert claims arising under the laws of the United States, including 42 U.S.C. § 1983 and the Fourth Amendment of the United States Constitution.  The Court has supplemental jurisdiction over Plaintiffs' claims arising under state law pursuant to 28 U.S.C. § 1367(a), because those claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

7. Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## PARTIES

8. Plaintiff Mychelle Blandin is the daughter of Decedents Mark and Sharon Winek. At all relevant times, Plaintiff Mychelle Blandin is and was a resident of the County of Riverside, State of California.  She brings these claims individually and as successor-in-interest to Decedents Mark and Sharon Winek.  Her successor-in-interest declaration pursuant to CCP section 377.32 is attached hereto as "Exhibit A."

9. Plaintiff B.W. is the biological child of Decedent Brooke Winek.  Her sister is minor R.W., who was kidnapped by Austin Lee Edwards.  A petition to appoint Mychelle Blandin as B.W.'s guardian *ad litem* has been filed concurrently with this Complaint.  At all relevant times, Plaintiff B.W. is and was a resident of the County of Riverside, State of California.  She brings her claims individually and as successor-in-interest to Decedent Brooke Winek.  Her successor-in-interest declaration pursuant to CCP section 377.32 is attached hereto as "Exhibit B."

10. At all relevant times, Defendant Washington County Sheriff's Office ("WCSO") is and was a constitutional office directed by the Sheriff responsible for the enforcement of all laws enacted by state and local governments, and for the investigation of felonies and misdemeanors committed in Washington County,

Virginia.  Defendant WCSO is and was responsible for ensuring that the actions, omissions, policies, procedures, practices, and customs of its employees and agents complied with the laws of the United States and the State of Virginia.  At all relevant times, Defendant WCSO was the employer of Austin Lee Edwards and is vicariously liable for his acts and omissions pursuant to California Government Code § 815.2 and relevant Virginia law.

11. Defendant Estate of Austin Lee Edwards is the estate for Decedent Austin Lee Edwards.  Since this is an action to establish the decedent's (Austin Lee Edwards) liability for which he was protected by insurance (by Defendant WCSO), Plaintiffs are not required to join Edwards' personal representative or successor in interest pursuant to California Probate Code § 550(a).  At all relevant times, Austin Lee Edwards was acting under color of law and within the course and scope of his employment with Defendant WCSO.

12. Does 1-20 are individuals and/or entities also responsible for the hiring, retention, and/or supervision of Austin Lee Edwards.  The names of Does 1-20 are unknown to Plaintiffs at this time, who therefore sue them by fictitious names.  Plaintiffs will amend their Complaint to show the true names and capacities of Does 1-20 when they have been ascertained.

13. At all relevant times, each and every defendant was the agent of each and every other defendant and had the legal duty to oversee the hiring, conduct and employment of each and every defendant.

14. On May 24, 2023, Plaintiffs filed their Notice of Claim pursuant to Code of Virginia § 15.2-209.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

*Edwards is hired by Defendant WCSO after he resigns his position with the Virginia State Police.*

15. Austin Lee Edwards first became a law enforcement officer in January 2022, when he was hired by the Virginia State Police as a state trooper.

16. Edwards remained employed with the Virginia State Police until he resigned on October 28, 2022.

17. After resigning his employment with the Virginia State Police, Edwards applied for a position as a deputy with the Washington County Sheriff's Office in November 2022.  The Sheriff's Office hired him in November 2022.

18. The Sheriff's Office did not conduct an adequate investigation into Edwards' background before hiring him.

19. If the Sheriff's Office had investigated Edwards' background, they would have learned that he was detained for a psychiatric evaluation in February 2016 after threatening to kill himself and his father.

20. On February 8, 2016, local police and emergency medical technicians took Edwards into custody at a local hospital, where he was detained under an emergency custody order.

21. A local judge then approved a temporary detention order for Edwards and ordered his transfer to a local psychiatric facility.

22. During his psychiatric stay, another judge barred Edwards from purchasing, possessing or transporting firearms.  Edwards was advised that his gun rights had been revoked unless restored by a court.

23. The treatment order detailing the loss of Edwards' gun rights was sent to the Central Criminal Records Exchange by the clerk for the Bristol General District Court.

24. Under Virginia law, any person who is held on a temporary detention order and is subsequently admitted to a treatment facility is prohibited from buying or possessing a firearm until that right is restored by a court.

25. Edwards never petitioned a court to restore his right to buy or possess a firearm.

26. As of the time he applied for a position with the Sheriff's Office, his right to buy or possess a firearm had not been restored by a court.  As such, it would have been unlawful for him to own or possess a firearm under Virginia law.

27. Despite this, the Sheriff's Office hired Edwards and provided him with a service weapon.

*Edwards "catfishes" R.W., a minor, by posing as a 17-year-old boy.*

28. Edwards created a fake online profile for himself as a 17-year-old boy.

29. He used this profile to "catfish" R.W., leading her to believe that she was exchanging messages with a boy similar in age to herself.

30. Edwards sent romantic messages to R.W. with this fake profile and learned personal information about R.W.

31. Edwards had also "catfished" another young woman living in the San Diego area.

*Edwards gains entry into the Winek home by claiming that he was conducting a law enforcement investigation.*

32. Edwards traveled across the country from Virginia to R.W.'s Riverside home at 11261 Price Court on November 25, 2022.

33. R.W. resided at this address with her mother, Brooke, and her grandparents, Mark and Sharon Winek (who owned the home).

34. When Edwards arrived at the home, only Mark and Sharon Winek were home. Brooke and her daughter, R.W., were not at the home.

35. Edwards entered the home by falsely claiming that he was a law enforcement officer conducting an investigation. He showed Mark and Sharon his law enforcement badge and service weapon.

36. Edwards instructed Sharon to call Brooke. Once Brooke answered the phone, Sharon told Brooke that there was a detective at the home who was there to ask questions about a prior incident involving R.W. Sharon told Brooke that the detective wanted Brooke and R.W. to come to the home immediately.

37. Edwards then instructed Sharon to call Mychelle, Brooke's sister. Sharon called Mychelle and told her (at Edwards' direction) to remind Brooke that she was to leave all cell phones in the car and come inside the home first while leaving R.W. in the car, since he would be questioning the two of them separately.

38. While Sharon was on the phone with Mychelle, Edwards took the phone from Sharon and told Mychelle that he was a law enforcement detective. He told Mychelle that her mother (Sharon) was nervous but that he was trying to reassure her.

39. Once Brooke arrived, pursuant to Edwards' instructions, she left R.W. and all cell phones in the car and entered the home.

*Edwards murders R.W.'s family, sets their home on fire, and kidnaps R.W.*

40. After some time passed while R.W. was waiting in the car, she finally decided to get out of the car and enter the home.

41. Upon entry, R.W. discovered that Edwards had murdered her mother by slitting her throat. Edwards had also attempted to murder her grandparents by asphyxiation. Her grandparents were both hogtied with bags over their heads, but at least one of them was still moving when R.W. entered the home.

42. Edwards then set the house on fire and kidnapped R.W. at gunpoint with his service weapon.

43. Edwards fled the scene with R.W. in his vehicle.

44. Deputies from the San Bernardino County Sheriff's Department eventually surrounded Edwards.

45. Edwards killed himself in a shootout with the deputies. R.W. survived.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment (42 U.S.C. § 1983)

(Against Defendant Estate of Austin Lee Edwards and Does 1-20)

46. Plaintiffs repeat and re-allege each and every allegation in the above paragraphs of this Complaint with the same force and effect as if fully set forth herein.

47. Austin Lee Edwards used excessive and unreasonable force against Mark Winek, Sharon Winek, and Brooke Winek, when he murdered them as described above. His conduct deprived Mark Winek, Sharon Winek, and Brooke Winek of their rights to be secure in their persons against unreasonable searches and seizures as

guaranteed under the Fourth Amendment and applied to state actors by the Fourteenth Amendment.

48. As a result of the foregoing, Decedents Mark Winek, Sharon Winek, and Brooke Winek all lost their lives.  Up until the time of their deaths, they experienced physical pain and emotional distress.

49. Edwards killed himself on the same day that he carried out the murders of Mark Winek, Sharon Winek, and Brooke Winek.  As such, this claim is brought against his Estate.

50. Plaintiffs bring this claim in their representative capacities and seek survival damages and loss of life damages.  Plaintiffs also seek attorneys' fees.

## SECOND CLAIM FOR RELIEF

### Battery – Wrongful Death and Survival Action

(Against Defendant Washington County Sheriff's Office and Does 1-20)

51. Plaintiffs repeat and re-allege each and every allegation in the above paragraphs of this Complaint with the same force and effect as if fully set forth herein.

52. Edwards, while in the course and scope of his employment with Defendant WCSO, used unreasonable and excessive force against Decedents Mark Winek, Sharon Winek, and Brooke Winek.  As a result, these Decedents experienced pain and suffering and ultimately died.

53. Defendant WCSO is vicariously liable for the wrongful acts of Edwards pursuant to section 815.2(a) of the California Government Code and relevant Virginia law.

54. Plaintiffs bring this claim in their individual and representative capacities and seek both survival damages and wrongful death damages.

## THIRD CLAIM FOR RELIEF

### Violation of the Bane Act (Cal. Civil Code § 52.1)

(Against Defendant Washington County Sheriff's Office and Does 1-20)

55. Plaintiffs repeat and re-allege each and every allegation in the above paragraphs of this Complaint with the same force and effect as if fully set forth herein.

56. Edwards, while acting in the course and scope of his employment with Defendant WCSO, intentionally committed acts of violence against Decedents Mark Winek, Sharon Winek, and Brooke Winek, including by using unreasonable and excessive force.

57. When Edwards murdered Decedents Mark Winek, Sharon Winek, and Brooke Winek, he intentionally interfered with their civil rights, including without limitation their right to be free from unreasonable seizures, and to life, liberty, and property.

58. Edwards successfully interfered with the above civil rights of Decedents Mark Winek, Sharon Winek, and Brooke Winek.

59. Edwards' conduct caused the death of Decedents Mark Winek, Sharon Winek, and Brooke Winek.

60. Defendant WCSO is vicariously liable for the wrongful acts of Edwards pursuant to section 815.2(a) of the California Government Code.

61. Plaintiffs bring this claim in their representative capacities and seek survival damages.  Plaintiffs also seek attorneys' fees.

## FOURTH CLAIM FOR RELIEF

**Negligent Hiring, Supervision, or Retention – Wrongful Death and Survival Action**

(Against Defendant Washington County Sheriff's Office and Does 1-20)

62. Plaintiffs repeat and re-allege each and every allegation in the above paragraphs of this Complaint with the same force and effect as if fully set forth herein.

63. Defendant WCSO hired Austin Lee Edwards as a sheriff's deputy in November 2022.

64. Edwards was unfit to be a sheriff's deputy, given his mental health background.

65. Specifically, in February 2016, Edwards was detained for a psychiatric evaluation in connection with cutting himself and threatening to kill his father.  As a result, he was held on a temporary detention order and admitted to a treatment facility,

which prevented him (under Virginia law) from buying or possessing a firearm until that right was restored by a court.

66. Defendant WCSO should have known about Edwards' above mental health history if it conducted an adequate investigation into his background prior to hiring him.

67. Defendant WCSO's failure to conduct an adequate investigation into Edwards before hiring him resulted in Edwards becoming a WCSO deputy with access to a service firearm.

68. Defendant WCSO's negligence in hiring, supervising, and/or retaining Edwards was a substantial factor in Edwards carrying out the murders of Decedents Mark Winek, Sharon Winek, and Brooke Winek.

69. As described above, Edwards used his law enforcement credentials to gain access to the Winek household, carry out the murders, and kidnap R.W.

70. As a result of Defendant WCSO's negligence in hiring, supervising, and/or retaining Edwards, Plaintiffs lost their loved ones and suffered harm.

71. Plaintiffs bring this claim in their individual and representative capacities and seek both survival damages and wrongful death damages.

///
///
///
///
///
///
///
///
///
///
///

COMPLAINT FOR DAMAGES

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs request entry of judgment in their favor and against Defendants as follows:

A. For wrongful death damages, in an amount to be proven at trial;

B. For survival damages, including pre-death pain and suffering damages, in an amount to be proven at trial;

C. For loss of life damages, in an amount to be proven at trial;

D. For statutory damages pursuant to Cal. Civil Code § 52.1, in an amount to be proven at trial;

E. For interest;

F. For reasonable costs of this suit and attorneys' fees; and

G. For such further other relief as the Court may deem just, proper, and appropriate.

Dated: November 16, 2023          **TAYLOR & RING**


                                  By: _/s/ Neil K. Gehlawat_
                                      David M. Ring
                                      Neil K. Gehlawat
                                      Attorneys for Plaintiffs

Dated: November 16, 2023          **SAROS LAW, APC**


                                  By: _/s/ Alison P. Saros_
                                      Alison P. Saros
                                      Attorneys for Plaintiff

## **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury.

Dated: November 16, 2023        **TAYLOR & RING**


By: _/s/_ Neil K. Gehlawat
    David M. Ring
    Neil K. Gehlawat
    Attorneys for Plaintiffs

Dated: November 16, 2023        **SAROS LAW, APC**


By: _/s/_ Alison P. Saros
    Alison P. Saros
    Attorneys for Plaintiff

COMPLAINT FOR DAMAGES

# EXHIBIT A

DocuSign Envelope ID: 30D29AC2-C4CF-4FDD-A66B-160DD46C178B

David M. Ring, State Bar No. 151124
Neil K. Gehlawat, State Bar No. 289388
Peter A. Reagan, State Bar No. 327596
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Email: ring@taylorring.com; gehlawat@taylorring.com

Alison P. Saros, State Bar No. 185021
**SAROS LAW, APC**
360 N. Pacific Coast Hwy., Suite 1000
El Segundo, CA 90245
Telephone: (310) 341-3466
Email: alison@saroslaw.com

*Attorneys for Plaintiffs Mychelle Blandin and minor B.W.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHELLE BLANDIN, individually and as successor-in-interest to Mark Winek and Sharon Winek, deceased; B.W., a minor, by and through their guardian *ad litem*, Mychelle Blandin, individually and as successor-in-interest to Brooke Winek, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON COUNTY SHERIFF'S OFFICE, a public entity; ESTATE OF AUSTIN LEE EDWARDS, an estate; and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO. <br><br> **DECLARATION OF MYCHELLE BLANDIN PURSUANT TO CCP § 377.32** |

///

///

1

DocuSign Envelope ID: 30D29AC2-C4CF-4FDD-A66B-160DD46C178B

## DECLARATION OF MYCHELLE BLANDIN

I, Mychelle Blandin, declare:

1. I am the biological daughter of Decedents Mark Winek and Sharon Winek.

2. Mark Winek passed away on November 25, 2022 in Riverside, California.

3. Sharon Winek passed away on November 25, 2022 in Riverside, California.

4. No proceeding is now pending in California for administration of the estate of Mark Winek.

5. No proceeding is now pending in California for administration of the estate of Sharon Winek.

6. I am the successor-in-interest to Mark Winek and Sharon Winek.

7. No other person has a superior right to commence the action or proceeding or to be substituted for the Decedents in the pending action or proceeding.

8. A certified copy of the Mark Winek's death certificate is attached hereto as "Exhibit 1."

9. A certified copy of the Sharon Winek's death certificate is attached hereto as "Exhibit 2."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November _____14_____, 2023, in Riverside, California.

Mychelle Blandin

DECLARATION OF MYCHELLE BLANDIN

# EXHIBIT 1

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

3050222283475 — STATE FILE NUMBER

3202233018424 — LOCAL REGISTRATION NUMBER

| | | |
|---|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) **MARK** | 2. MIDDLE **JAMES** | 3. LAST (Family) **WINEK** |

AKA, ALSO KNOWN AS — Include full AKA (FIRST, MIDDLE, LAST)

4. DATE OF BIRTH mm/dd/ccyy **09/22/1953** — 5. AGE Yrs. **69** — # UNDER ONE YEAR Months / Days — # UNDER 24 HOURS Hours / Minutes — 6. SEX **M**

7. BIRTH STATE/FOREIGN COUNTRY **WI** — 10. SOCIAL SECURITY NUMBER **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** — 11. EVER IN U.S. ARMED FORCES? **YES** X / NO — 12. MARITAL STATUS/SRDP (at Time of Death) **MARRIED** — 7. DATE OF DEATH mm/dd/ccyy **11/25/2022** — 8. HOUR (24 Hour) **1124 FND**

8. EDUCATION — Highest Level/Degree **HS GRADUATE** — 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? (If yes, see worksheet on back) NO X — 16. DECEDENT'S RACE — Up to 3 races may be listed (see worksheet on back) **CAUCASIAN**

17. USUAL OCCUPATION — Type of work for most of life. DO NOT USE RETIRED **HIGH SCHOOL COACH** — 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) **EDUCATION** — 19. YEARS IN OCCUPATION **10**

20. DECEDENT'S RESIDENCE (Street and number, or location) **11261 PRICE CT**

21. CITY **RIVERSIDE** — 22. COUNTY/PROVINCE **RIVERSIDE** — 23. ZIP CODE **92503** — 24. YEARS IN COUNTY **33** — 25. STATE/FOREIGN COUNTRY **CA**

26. INFORMANT'S NAME, RELATIONSHIP **MYCHELLE BLANDIN, DAUGHTER** — 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) **8571 ROSEMARY DR, RIVERSIDE, CA 92508**

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST **SHARON** — 29. MIDDLE **ANNE** — 30. LAST (BIRTH NAME) **HOFTSTETTER**

31. NAME OF FATHER/PARENT—FIRST **JAMES** — 32. MIDDLE **JOSEPH** — 33. LAST **WINEK** — 34. BIRTH STATE **WI**

35. NAME OF MOTHER/PARENT—FIRST **ELIZABETH** — 36. MIDDLE **BERYL** — 37. LAST (BIRTH NAME) **MONGOVEN** — 38. BIRTH STATE **WI**

39. DISPOSITION mm/dd/ccyy **12/09/2022** — 40. PLACE OF FINAL DISPOSITION **RIVERSIDE NATIONAL CEMETERY 22495 VAN BUREN BLVD, RIVERSIDE, CA 92518**

41. TYPE OF DISPOSITION(S) **CREMATE/BURIAL** — 42. SIGNATURE OF EMBALMER **▶ NOT EMBALMED** — 43. LICENSE NUMBER

44. NAME OF FUNERAL ESTABLISHMENT **ARLINGTON MORTUARY** — 45. LICENSE NUMBER **FD1033** — 46. SIGNATURE OF LOCAL REGISTRAR **▶ GEOFFREY LEUNG, M.D., ED. M.** — 47. DATE mm/dd/ccyy **12/09/2022**

101. PLACE OF DEATH **RESIDENCE** — 102. IF HOSPITAL, SPECIFY ONE: IP / ER/OP / DOA — 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Hospice / Nursing Home/LTC / Decedent's Home X / Other

104. COUNTY **RIVERSIDE** — 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) **11261 PRICE CT** — 106. CITY **RIVERSIDE**

107. CAUSE OF DEATH — Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Time interval Between Onset and Death | 116. DEATH REPORTED TO CORONER? |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) **PENDING** | | **2022-10105** YES X / NO |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | (B) | 108. BIOPSY PERFORMED? YES / NO X |
| (C) | (C) | 109. AUTOPSY PERFORMED? YES / NO X |
| (D) | (D) | 110. USED IN DETERMINING CAUSE? YES X / NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 **NONE**

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) **NO** — 113A. DECEDENT PREGNANT IN LAST YEAR? YES / NO X

| | 114. SIGNATURE AND TITLE OF CERTIFIER ▶ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| 115. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since / Decedent Last Seen Alive (A) mm/dd/ccyy (B) mm/dd/ccyy | | | |
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH: Natural / Accident / Homicide / Suicide / Pending Investigation X / Could not be determined — 120. INJURED AT WORK? YES / NO X / UNK — 121. INJURY DATE mm/dd/ccyy — 122. HOUR (24 Hour)

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)

125. LOCATION OF INJURY (Street and number, or location, and city, and zip)

126. SIGNATURE OF CORONER / DEPUTY CORONER **NADINE TOWNSEND** — 127. DATE mm/dd/ccyy **12/05/2022** — 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER **NADINE TOWNSEND, DEP CORONER**

STATE REGISTRAR: A / B / C / D / E — FAX AUTH # — CENSUS TRACT

## CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS
This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*002261689*

DATE ISSUED **Nov 15, 2023**   1/2

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.
PHN ID-Rev 06/21

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**PHYSICIAN/CORONER'S AMENDMENT**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

| 3052022283475 | 3202233018424 |
|---|---|
| STATE FILE NUMBER | LOCAL REGISTRATION NUMBER |

1.1

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I   INFORMATION TO LOCATE RECORD

| INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 1A. NAME—FIRST MARK | 1B. MIDDLE JAMES | 1C. LAST WINEK | | 2. SEX M |
|---|---|---|---|---|---|
| | 3. DATE OF EVENT—MM/DD/CCYY 11/25/2022 | 4. CITY OF EVENT RIVERSIDE | | 5. COUNTY OF EVENT RIVERSIDE | |

## PART II   STATEMENT OF CORRECTIONS

| | 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|---|
| LIST ONE ITEM PER LINE | 107A | PENDING | ASPHYXIA DUE TO OCCLUSION OF AIRWAY |
| | 107AT | - | MINUTES |
| | 119 | PENDING INVESTIGATION | HOMICIDE |
| | 120 | | N |
| | 121 | | 11/25/2022 |
| | 122 | | UNK |
| | 123 | | HOME |
| | 124 | | VICTIM OF HOMICIDAL VIOLENCE |
| | 125 | | 11261 PRICE CT, RIVERSIDE, CA 92503 |

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| DECLARATION OF CERTIFYING PHYSICIAN OR CORONER | 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER ► AMAWRI VASQUEZ | 10. DATE SIGNED—MM/DD/CCYY 10/27/2023 | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER AMAWRI VASQUEZ, DEP CORONER | | |
|---|---|---|---|---|---|
| | 12. ADDRESS—STREET AND NUMBER 800 SOUTH REDLANDS AVE | 13. CITY PERRIS | | 14. STATE CA | 15. ZIP CODE 92570-2478 |

| STATE/LOCAL REGISTRAR USE ONLY | 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR ► CDPH-VR | | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY 10/30/2023 |
|---|---|---|---|

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24Aa (REV. 1/08)

1.1

---

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

DATE ISSUED **Nov 15, 2023**   2/2

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*002261690*

# EXHIBIT 2

# STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA
### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/08)

3052022283788 — STATE FILE NUMBER

3202233018430 — LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| SHARON | ANNE | WINEK |

| 4AA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX |
|---|---|---|---|---|---|
| SHARIE ANNE WINEK | 05/07/1957 | 65 | | | F |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| OH | 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 | YES [X] NO UNK | WIDOWED | 11/25/2022 | 1125 FND |

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | 14/15. WAS DECEDENT HISPANIC/LATINO(a)/SPANISH? (If yes, see worksheet on back) | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| HS GRADUATE | YES [X] NO | CAUCASIAN |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| ACCOUNTING CLERK | BUSINESS | 30 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 11261 PRICE CT |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| RIVERSIDE | RIVERSIDE | 92503 | 33 | CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state and zip) |
|---|---|
| MYCHELLE BLANDIN, DAUGHTER | 8571 ROSEMARY DR, RIVERSIDE, CA 92508 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) | |
|---|---|---|---|
| | | | |

| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| HAROLD | | HOFSTETTER | OH |

| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| KATHLEEN | ANNE | MCPEEK | OH |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION RES OF MYCHELLE BLANDIN | |
|---|---|---|
| 12/09/2022 | 8571 ROSEMARY DR, RIVERSIDE, CA 92508 | |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CREMATE/RESIDENCE | ▶ NOT EMBALMED | |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| ARLINGTON MORTUARY | FD1033 | ▶ GEOFFREY LEUNG, M.D., ED. M | 12/09/2022 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH OUTSIDE OF OWN RESIDENCE | 102. IF HOSPITAL, SPECIFY ONE: IP / ER/OP / DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Hospice / Nursing Home/LTC / Decedent's Home [X] Other |
|---|---|---|

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) | 106. CITY |
|---|---|---|
| RIVERSIDE | 11261 PRICE CT | RIVERSIDE |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (A) PENDING (Final disease or condition resulting in death) | | | [X] YES NO |
| Sequentially list conditions, if any, leading to cause (B) on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | | | 109. BIOPSY PERFORMED? YES [X] NO |
| (C) | | | 110. AUTOPSY PERFORMED? [X] YES NO |
| (D) | | | 111. USED IN DETERMINING CAUSE? [X] YES NO |

2022-10107

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. DECEDENT PREGNANT IN LAST YEAR? |
|---|---|
| NO | YES [X] NO UNK |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since: mm/dd/ccyy / Decedent Last Seen Alive: mm/dd/ccyy | | | |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH: Natural / Accident / Homicide / Suicide [X] Pending Investigation / Could not be determined | 120. INJURED AT WORK? YES NO UNK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER NADINE TOWNSEND | 127. DATE mm/dd/ccyy 12/05/2022 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER NADINE TOWNSEND, DEP CORONER |
|---|---|---|

**STATE REGISTRAR**

| A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|

---

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE }

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.



Dr. Geoffrey Leung, M.D., Ed M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

DATE ISSUED  **Nov 15, 2023**    1/2

*002261687*

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**PHYSICIAN/CORONER'S AMENDMENT**
NO ERASURES, WHITEOUTS, PHOTOCOPIES,
OR ALTERATIONS

3052022283788
STATE FILE NUMBER

3202233018430
LOCAL REGISTRATION NUMBER

1.1

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I   INFORMATION TO LOCATE RECORD

| INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 1A. NAME—FIRST<br>SHARON | 1B. MIDDLE<br>ANNE | 1C. LAST<br>WINEK | 2. SEX<br>F |
|---|---|---|---|---|
| | 3. DATE OF EVENT—MM/DD/CCYY<br>11/25/2022 | 4. CITY OF EVENT<br>RIVERSIDE | 5. COUNTY OF EVENT<br>RIVERSIDE | |

## PART II   STATEMENT OF CORRECTIONS

| | 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|---|
| LIST ONE ITEM PER LINE | 101 | OUTSIDE OF OWN RESIDENCE | RESIDENCE |
| | 103 | OTHER | DECEDENT'S HOME |
| | 107A | PENDING | ASPHYXIA DUE TO OCCLUSION OF AIRWAY |
| | 107AT | - | MINUTES |
| | 119 | PENDING INVESTIGATION | HOMICIDE |
| | 120 | | N |
| | 121 | | 11/25/2022 |
| | 122 | | UNK |
| | 123 | | HOME |
| | 124 | | VICTIM OF HOMICIDAL VIOLENCE |
| | 125 | | 11261 PRICE CT, RIVERSIDE, CA 92503 |

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| DECLARATION OF CERTIFYING PHYSICIAN OR CORONER | 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER<br>AMAWRI VASQUEZ | 10. DATE SIGNED—MM/DD/CCYY<br>10/27/2023 | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER<br>AMAWRI VASQUEZ, DEP CORONER | |
|---|---|---|---|---|
| | 12. ADDRESS—STREET and NUMBER<br>800 SOUTH REDLANDS AVE | 13. CITY<br>PERRIS | 14. STATE<br>CA | 15. ZIP CODE<br>92570-2478 |

| STATE/LOCAL REGISTRAR USE ONLY | 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR<br>CDPH-VR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY<br>10/30/2023 | |
|---|---|---|---|

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24Ae (REV. 1/08)

1.1

---

CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE }

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

DATE ISSUED **Nov 15, 2023**   2/2

*Geoffrey Leung*
Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

*002261688*

REGISTRAR
VITAL RECORDS
MAY 9, 1893

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT B

DocuSign Envelope ID: 30D29AC2-C4CF-4FDD-A66B-160DD46C178B

1  David M. Ring, State Bar No. 151124
   Neil K. Gehlawat, State Bar No. 289388
2  Peter A. Reagan, State Bar No. 327596
   **TAYLOR & RING, LLP**
3  1230 Rosecrans Avenue, Suite 360
   Manhattan Beach, California 90266
4  Telephone: (310) 209-4100
   Email: ring@taylorring.com; gehlawat@taylorring.com
5
6  Alison P. Saros, State Bar No. 185021
   **SAROS LAW, APC**
7  360 N. Pacific Coast Hwy., Suite 1000
   El Segundo, CA 90245
8  Telephone: (310) 341-3466
   Email: alison@saroslaw.com
9
   *Attorneys for Plaintiffs Mychelle Blandin and minor B.W.*
10

11                  UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13

14  MYCHELLE BLANDIN, individually and          )   CASE NO.
    as successor-in-interest to Mark Winek and   )
15  Sharon Winek, deceased; B.W., a minor, by    )   **DECLARATION OF MYCHELLE**
    and through their guardian *ad litem*,       )   **BLANDIN ON BEHALF OF MINOR**
16  Mychelle Blandin, individually and as        )   **B.W. PURSUANT TO CCP § 377.32**
17  successor-in-interest to Brooke Winek,       )
    deceased,                                    )
18                                               )
19                                               )
                    Plaintiffs,                  )
20                                               )
    vs.                                          )
21                                               )
    WASHINGTON COUNTY SHERIFF'S                  )
22  OFFICE, a public entity;                     )
    ESTATE OF AUSTIN LEE EDWARDS, an             )
23  estate; and DOES 1-20, inclusive,           )
24                                               )
                    Defendants.                  )
25                                               )
26                                               )
                                                 )
27  ///

28  ///

                                1

DocuSign Envelope ID: 30D29AC2-C4CF-4FDD-A66B-160DD46C178B

## DECLARATION OF MYCHELLE BLANDIN ON BEHALF OF MINOR B.W.

I, Mychelle Blandin, declare:

1. I am the maternal aunt and legal guardian for minor B.W., who is the biological daughter of Decedent Brooke Winek.

2. Brooke Winek passed away on November 25, 2022 in Riverside, California.

3. No proceeding is now pending in California for administration of the estate of Brooke Winek.

4. B.W. is a successor-in-interest to Brooke Winek.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the Decedent in the pending action or proceeding.

6. A certified copy of the Brooke Winek's death certificate is attached hereto as "Exhibit 3."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November ___14___, 2023, in Riverside, California.

Mychelle Blandin, on behalf of minor B.W.

# EXHIBIT 3

**STATE OF CALIFORNIA**
**CERTIFICATION OF VITAL RECORD**

# COUNTY OF RIVERSIDE
RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052022278615
LOCAL REGISTRATION NUMBER: 3202233018218

| | | |
|---|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) BROOKE | 2. MIDDLE ELIZABETH | 3. LAST (Family) WINEK |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| | | | |
|---|---|---|---|
| 4. DATE OF BIRTH mm/dd/ccyy 09/21/1984 | 5. AGE Yrs 38 | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX F |

| 7. BIRTH STATE/FOREIGN COUNTRY CA | 10. SOCIAL SECURITY NUMBER 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 | 11. EVER IN U.S. ARMED FORCES? YES / [X] NO / UNK | 12. MARITAL STATUS/SRDP at Time of Death DIVORCED | 7. DATE OF DEATH mm/dd/ccyy 11/25/2022 | 8. HOUR (24 Hours) 1127 FND |

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) SOME COLLEGE | 14.5. WAS DECEDENT HISPANIC/LATINO/a/SPANISH (if yes, see worksheet on back) YES [X] NO | 15. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) CAUCASIAN |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED HOMEMAKER | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) OWN HOME | 19. YEARS IN OCCUPATION 15 |

| 20. DECEDENT'S RESIDENCE (Street and number, or location) 11261 PRICE CT | | | | |
|---|---|---|---|---|
| 21. CITY RIVERSIDE | 22. COUNTY/PROVINCE RIVERSIDE | 23. ZIP CODE 92503 | 24. YEARS IN COUNTY 33 | 25. STATE/FOREIGN COUNTRY CA |

| 26. INFORMANT'S NAME, RELATIONSHIP MYCHELLE BLANDIN, SISTER | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) 8571 ROSEMARY DR, RIVERSIDE, CA 92508 |

| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| | | |

| 31. NAME OF FATHER/PARENT—FIRST MARK | 32. MIDDLE JAMES | 33. LAST WINEK | 34. BIRTH STATE WI |

| 35. NAME OF MOTHER/PARENT—FIRST SHARIE | 36. MIDDLE ANNE | 37. LAST (BIRTH NAME) HOFSTETTER | 38. BIRTH STATE OH |

| 39. DISPOSITION DATE mm/dd/ccyy 12/07/2022 | 40. PLACE OF FINAL DISPOSITION OLIVEWOOD MEMORIAL PARK 3300 CENTRAL AVE, RIVERSIDE, CA 92506 | |

| 41. TYPE OF DISPOSITION(S) CREMATE/BURIAL | 42. SIGNATURE OF EMBALMER ▶ NOT EMBALMED | 43. LICENSE NUMBER |

| 44. NAME OF FUNERAL ESTABLISHMENT ARLINGTON MORTUARY | 45. LICENSE NUMBER FD1033 | 46. SIGNATURE OF LOCAL REGISTRAR ▶ GEOFFREY LEUNG, M.D., ED. M. | 47. DATE mm/dd/ccyy 12/06/2022 |

| 101. PLACE OF DEATH RESIDENCE | 102. IF HOSPITAL, SPECIFY ONE: IP / ER/OP / DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE Hospice / Nursing Home/LTC / [X] Decedent's Home / Other |

| 104. COUNTY RIVERSIDE | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) 11261 PRICE CT | 106. CITY RIVERSIDE |

| 107. CAUSE OF DEATH | Enter the chain of events – diseases, injuries, or complications – that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? [X] YES / NO |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) PENDING | | 2022-10106 |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) | | 109. BIOPSY PERFORMED? YES / [X] NO |
| | (C) | | 110. AUTOPSY PERFORMED? YES / [X] NO |
| | (D) | | 111. USED IN DETERMINING CAUSE? [X] YES / NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 NONE | | |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) NO | 114. YES / [X] NO / UNK |

| 115. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since / Decedent Last Seen Alive | 116. SIGNATURE AND TITLE OF CERTIFIER ▶ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| (A) mm/dd/ccyy / (B) mm/dd/ccyy | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH Natural / Accident / Homicide / Suicide / [X] Pending Investigation / Could not be determined | 120. INJURED AT WORK? YES / NO / UNK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | |

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER ▶ NADINE TOWNSEND | 127. DATE mm/dd/ccyy 12/06/2022 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER NADINE TOWNSEND, DEP CORONER |

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |

*002261685*

---

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA, } SS
COUNTY OF RIVERSIDE }

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

DATE ISSUED **Nov 15, 2023**    1/2

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**PHYSICIAN/CORONER'S AMENDMENT**
NO ERASURES, WHITEOUTS, PHOTOCOPIES,
OR ALTERATIONS

3052022278615
STATE FILE NUMBER

3202233018218
LOCAL REGISTRATION NUMBER

1.1

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

| PART I | INFORMATION TO LOCATE RECORD | | | |
|---|---|---|---|---|
| INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 1A. NAME—FIRST BROOKE | 1B. MIDDLE ELIZABETH | 1C. LAST WINEK | 2. SEX F |
| | 3. DATE OF EVENT—MM/DD/CCYY 11/25/2022 | 4. CITY OF EVENT RIVERSIDE | 5. COUNTY OF EVENT RIVERSIDE | |

| PART II | STATEMENT OF CORRECTIONS | | |
|---|---|---|---|
| | 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
| LIST ONE ITEM PER LINE | 107A | PENDING | STAB WOUND OF THE CERVICAL SPINAL CORD |
| | 107AT | - | RAPID |
| | 119 | PENDING INVESTIGATION | HOMICIDE |
| | 120 | | N |
| | 121 | | 11/25/2022 |
| | 122 | | UNK |
| | 123 | | HOME |
| | 124 | | STABBED BY KNOWN ASSAILANT |
| | 125 | | 11261 PRICE CT, RIVERSIDE, CA 92503 |

| | I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | | | |
|---|---|---|---|---|
| DECLARATION OF CERTIFYING PHYSICIAN OR CORONER | 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER ▶ AMAWRI VASQUEZ | 10. DATE SIGNED—MM/DD/CCYY 10/27/2023 | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER AMAWRI VASQUEZ, DEP CORONER | |
| | 12. ADDRESS—STREET and NUMBER 800 SOUTH REDLANDS AVE | 13. CITY PERRIS | 14. STATE CA | 15. ZIP CODE 92570-2478 |
| STATE/LOCAL REGISTRAR USE ONLY | 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR ▶ CDPH-VR | | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY 10/30/2023 | |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24Ae (REV. 1/08)

1.1

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } ss

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.



* 0 0 2 2 6 1 6 8 6 *

DATE ISSUED **Nov 15, 2023**   2/2

Dr. Geoffrey Leung, M.D. Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**