03-04-24

United States District Court

Of the district of California
Case # 5:23-cr-02344-SSS-SP
To whom it may concern.
I Roy Allen Edwards am not
The executor or the administrator
of Austin Lee Edwards estate
I do not wish to be the administrator
or executor I am unaware of
anyone qualifying.

FILED
CLERK, U.S. DISTRICT COURT
APR - 8 2024
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Roy Allen Edwards
Po Box 477
Pounding Mill VA 24637
276-202-5734
royallenedwards59@gmail.com

Roy Allen Edwards

# T. SHEA COOK, P.C.

ATTORNEY AT LAW
2411 Second Street
Post Office Box 507
Richlands, Virginia 24641
Phone (276) 963-4332~Facsimile (276) 963-6271
tsheacook@yahoo.com

April 2, 2024

Brian D. Karth, Clerk
3470 Twelfth Street
Riverside, CA 92501-3801

**RE:**   **Mychelle Blandin v. Washington County Sheriff's Office, et al.**
   **Case No.: 5:23-cv-02344-SSS-SP**

Dear Mr. Karth:

As a courtesy, I am forwarding the attached answer by Roy Allen Edwards for filing in the above matter.

Copies were emailed by Roy Edwards to David Ring and Alison Saros, earlier this month.

I am also sending a copy to Brandon Snodgrass, County Attorney for Washington County, Virginia.

Sincerely,

*/s/ Shea Cook*

T. Shea Cook, Esq.

TSC/jrr

cc:   Brandon Snodgrass (w/encl.)
   David Ring (w/encl.)
   Alison Sorrows (w/encl.)

**T. SHEA COOK, PC**
ATTORNEY AT LAW
P.O. BOX 507
RICHLANDS, VA 24641

7016 0750 0000 0590 2857

CERTIFIED MAIL®

Brian D. Karth, Clerk
3470 Twelfth Street
Riverside, CA 92501-3801

92501-369599

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 8 2024
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FIRST-CLASS

CHARLESTON WV 250
3 APR 2024 PM 4 L

ZIP 24641
02 7H
000609531 9

US POSTAGE (IMI) PITNEY BOWES
$ 008.69⁰
APR 02 2024